25-1882C

Joseph R. Esquivel Jr
c/o: 13608 James Buchanan Street
Manor, Texas [78653]

# In The United States Court of Federal Claims

Joseph R. Esquivel Jr

        Plaintiff,

vs.

THE UNITED STATES,

d/b/a: James R. Nowlin, TX Bar #15124000, Chief Judge USDC TX,

d/b/a: Alan D. Albright, TX Bar #00973650, Judge USDC TX,

d/b/a: Christian A. Orozco, TX Bar #24107886, DOJ Tax Division

d/b/a: Philip Devlin, Clerk of Court, USDC TX,

d/b/a: David A. Hubbert, Deputy Assistant Attorney General,

d/b/a: Jimmy M. Harris, IRS Agent,

d/b/a: Edwin Dean Curry, IRS Agent,

        Defendant,

Cause No. _____

# Complaint

1. <u>JURISDICTION</u>. State the grounds for filing this case in the United States Court of Federal Claims. The United States Court of Federal Claims has limited jurisdiction (see e.g., 28 U.S.C. §§ 1491-1509).

    This court has jurisdiction pursuant to Title 28 USC §1491(a)(1)(2) as Plaintiff is a contractor as defined at Title 41 USC

RECEIVED - USCFC

NOV 0 3 2025

§7101(6)(B) and (7). Therein, Plaintiff has the right to bring this action pursuant to Title 41 USC §7104(b)(1):

> "(b) Bringing an Action De Novo in Federal Court.—
> (1) In general.— a _contractor_ may bring an action directly on the claim in the United States Court of Federal Claims, notwithstanding any contract provision, regulation, or rule of law to the contrary."

Additionally, there exists an issue as to setoff in the relation between Plaintiff and a "fiscal agent of the United States" (Title 12 USC §266) pursuant to Title 28 USC §1503 – setoffs:

> "The United States Court of Federal Claims **shall have jurisdiction to render judgment upon any set-off** or demand by the United States against any plaintiff in such court."

Applicable Code sections 106, 110, 120, 130, **Exhibit 1,** Contract with the U.S. Treasury (TRE) for financial instrument processing, Bonds in accord with Title 48 CFR Ch. 1, §53.228, Bonds and insurance. Therein, Title 12 USC §266 applies for "fiscal agents of the United States." Both banks and courts (Clerks and Judicial Officers) fall within this designation, see IRS Tax Publication for Form 1099-A, page 3, Who Must File,

> "5. A federal government agency including:
>   a. A department,
>   b. An agency,

c. A court or court administrative office, or
d. An instrumentality in the judicial or legislative branch of the government."

Additionally, Title 28 U.S. Code §1491 Claims against United States generally;

"(a) (1) The United States Court of Federal Claims shall have jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, . . . or **upon any express or implied contract with the United States**,. . ."

Standing of plaintiff as a contractor per 41 USC §7101(6)(B) and current status of contract performance and non-performance respectively by parties is further evidenced by the following exhibits:

**Exhibit 2,** Treasury Direct Account Screenshot with Testimony from Sir Gary Lee, Proof of an open, funded, TDA Account; and

**Exhibit 3,** UCC1 and UCC1 Amendment; and

**Exhibits 4 - 7,** regarding discharge; and

**Exhibits 11 - 12,** Notice of Affidavit of Sir Gary Lee in Support of Complaint Proving Discharge of Any/All Tax Liability(ies)

## 2. PARTIES

Plaintiff, **Joseph R. Esquivel Jr** resides at c/o: 13608 James Buchanan

Street; Manor, Texas [78653]; (Tel) (512) 769-3721.

**d/b/a:** **James R. Nowlin, TX Bar # 15124000, Chief Judge USDC TX;**

US Courthouse; 501 W 5th St #6400; Austin, TX [78701]

**d/b/a: Alan D. Albright, TX Bar # 00973650, Judge USDC TX;** 800

Franklin Ave Rm 301; Waco, TX [76701-1934]

**d/b/a: Christian A. Orozco, TX Bar #24107886, DOJ Tax Division;**

1700 Pacific Avenue Suite 3700; Dallas, TX [75201]

**d/b/a: Philip J. Devlin, Clerk of Court USDC TX;** U.S. District Clerks

Office; 501 West Fifth Street, Suite 1100; Austin, Texas [78701]

**d/b/a: David A. Hubbert, Deputy Assistant Attorney General, U.S.**

Department of Justice; 950 Pennsylvania Avenue, NW; Washington,

DC [20053]

**d/b/a: Jimmy M. Harris, IRS Agent,** UNITED STATES OF AMERICA

et; al, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE

SERVICE, CCP-LU JIMMY M. HARRIS, 12309 N. MOPAC

EXPRESSWAY, SUITE 200 MS 5230 AUNW, AUSTIN, TEXAS

[78758].

**d/b/a: Edwin Dean Curry, IRS Agent,** UNITED STATES OF

AMERICA et; al, DEPARTMENT OF THE TREASURY, INTERNAL

REVENUE SERVICE, CCP-LU JIMMY M. HARRIS, 12309 N.

MOPAC EXPRESSWAY, SUITE 200 MS 5230 AUNW, AUSTIN,

TEXAS [78758].

3. <u>PREVIOUS LAWSUITS</u>. Have you begun other lawsuits in the United States Court of Federal Claims? ☐ Yes __X_ No

4. <u>STATEMENT OF THE CLAIM</u>. State as briefly as possible the facts of your case. Describe how the United States is involved. You must state exactly what the United States did, or failed to do, that has caused you to initiate this legal action. Be as specific as possible and use additional paper as necessary.

Unfair and deceptive trade practices

While not criminalized under a single nonfeasance statute, unfair and deceptive trade practices are addressed by various consumer protection laws.

Civil nonfeasance arises when a party fails to perform a contractual duty or an obligation required by tort law, leading to harm. A business that fails to deliver on a contract is a common example.

GSA-Form Bonds were tendered to defendant(s) to process and perform discharge/payment for the outstanding commercial paper liability in accord with the remedies listed at:

1.    Chap. 48, 48 Stat. 112 is Claimant's Lawful Remedy

2.    Title 31 USC §3728. Setoff against judgment

3.    Title 11 USC §524. Effect of discharge

4.    Title 15 U.S. Code §1666 - Correction of billing errors

5.    Title 41 CFR §105-55.030 - Discharge of indebtedness; reporting requirements.

In the case of a bank/court they are supposed to process the Bonds through the Treasury Tax and Loan (TT&L) computer portal pursuant to Title 31 CFR §203.1-21. This writer has personally met with and taken testimony from TT&L bank clerks that (in one case) processed GSA Form bonds every day for 30 years.

Defendant(s) failed to perform discharge of the commercial paper liability described at **Exhibits 4-7 and supported by Exhibits 8 and 9.** Said nonfeasance is a breach of contract, **Exhibit 1**, <u>Contract with the U.S. Treasury</u> (TRE). This caused damage to plaintiff.

Plaintiff remains in bondage unable to operate financially due to said outstanding commercial paper liability with damage to plaintiff's credit rating.

Pursuant to the case of American Communication Company

v. Douds, 339 US 382 (1950), "It is not the function of our Government to keep the citizen from falling into error; It is the function of the citizen to keep the government from falling into error."

5. <u>RELIEF</u>. **Briefly state exactly what you want the court to do for you.**

Relief requested is that the bonds tendered in accord with **Exhibit 1,** Contract with the U.S. Treasury, generally be honored, processed, and acknowledged. Specifically, Plaintiff requests:

1.    To have the commercial paper liability(ies) discharged; and

2.    Provide plaintiff a full final accounting, a 1099, a "**<u>zero balance due</u>**" document if <u>d/b/a defendant</u> is a Clerk of Court in a Court (civil or criminal); and

3.    Place the "<u>d/b/a defendants</u>" on probation due to their inability or unwillingness or ignorance as to their failure to process, discharge, and release plaintiff from all commercial liability(ies) at issue.

\
\
\

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 25 day of October 2025.

Joseph R. Esquivel Jr©